DALE L. ALLEN, JR., # 145279
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634
E-mail: Dallen@lowball.com; Dlarsen@lowball.com

Attorneys for Defendants
CITY OF MERCED and
CITY OF MERCED POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| JOHN GARCIA,<br><br>               Plaintiff,<br><br>v.<br><br>CITY OF MERCED, CITY OF MERCED POLICE DEPARTMENT, BUREAU OF NARCOTICS ENFORCEMENT SPECIAL AGENT SUPERVISOR ALFREDO CARDWOOD, COUNTY OF MERCED, MERCED COUNTY SHERIFF'S DEPARTMENT, MERCED COUNTY DEPUTY SHERIFF JOHN TAYLOR, MERCED COUNTY DISTRICT ATTORNEY'S OFFICE, DISTRICT ATTORNEY GORDON SPENCER DOES 6 through 50,<br><br>               Defendants. | Case No. 1:07-CV867 OWW<br><br>STIPULATION AND ORDER TO CONTINUE HEARING ON PENDING MOTIONS TO DISMISS AND SET SUPPLEMENTAL BRIEFING SCHEDULE |

      Defendants CITY OF MERCED, CITY OF MERCED POLICE DEPARTMENT, BUREAU OF NARCOTICS ENFORCEMENT SPECIAL AGENT SUPERVISOR ALFREDO CARDWOOD, COUNTY OF MERCED, MERCED COUNTY SHERIFF'S DEPARTMENT, MERCED COUNTY DEPUTY SHERIFF JOHN TAYLOR, MERCED COUNTY DISTRICT ATTORNEY'S OFFICE, DISTRICT ATTORNEY GORDON SPENCER ("Defendants") and plaintiff JOHN GARCIA ("Plaintiff"), through their respective counsel, hereby stipulate as follows:

      1.    That the hearing of Defendants' respective motions to dismiss Plaintiff's Third Amended

1  Complaint, currently scheduled for September 10, 2007, be continued to October 15, 2007, at 10:00
2  a.m., in Courtroom 3 of the above-entitled court;
3      2.   That Defendants file and serve supplemental briefing to the pending motions to dismiss,
4  if desired, in order to address any alleged deficiencies in Plaintiff's Fourth Amended Complaint by
5  September 10, 2007;
6      3.   That Plaintiff file and serve any opposition to Defendants' supplemental briefing by
7  September 24, 2007;
8      4.   That Defendants file and serve any replies to Plaintiff's opposition to Defendants'
9  supplemental briefing by October 1, 2007.

Dated: August _____, 2007.

                LOW, BALL & LYNCH

By_____
  DALE L. ALLEN, JR.
  DIRK D. LARSEN
  Attorneys for Defendants
  CITY OF MERCED and CITY OF MERCED
  POLICE DEPARTMENT

Dated: August _____, 2007.

                OFFICE OF THE ATTORNEY GENERAL

By_____
  JAMES C. PHILLIPS
  Attorneys for Defendant
  BUREAU OF NARCOTICS ENFORCEMENT
  SPECIAL AGENT SUPERVISOR ALFREDO
  CARDWOOD

Dated: August ____, 2007

                LAW OFFICE OF NORMAN NEWHOUSE

By _____
  NORMAN C. NEWHOUSE
  Attorney for Plaintiff JOHN GARCIA

1
2         Dated: August _____, 2007.
3                                                         MERCED COUNTY COUNSEL
4
5                                                         By_____
                                                              JAMES E. STONE
6                                                             Attorneys for Defendants
                                                              COUNTY OF MERCED, MERCED COUNTY
7                                                             SHERIFF'S DEPARTMENT, MERCED COUNTY
                                                              DEPUTY SHERIFF JOHN TAYLOR, MERCED
8                                                             COUNTY DISTRICT ATTORNEY'S OFFICE,
                                                              DISTRICT ATTORNEY GORDON SPENCER
9
10
11        IT IS SO ORDERED.

**Dated:   August _____, 2007.**              _____/s/ Oliver W. Wanger_____
12                                                         UNITED STATES DISTRICT JUDGE
13
...
28