James N. Fincher S.B.N.  196837
Merced County Counsel
James E. Stone S.B.N. 197803
Deputy County Counsel
2222 M Street
Merced, Ca  95340
Tel:     (209) 385-7564
Fax:    (209) 726-1337


Attorney for County of Merced, Deputy Sheriff John Taylor, and District Attorney, Gordon Spencer

United States District Court

Eastern District of California

| | |
|---|---|
| John Garcia,<br><br>    Plaintiff,<br><br>vs.<br><br>City of Merced, et al.,<br><br>    Defendants. | Case No.: 1:07-cv-867<br><br>**ORDER TO AMEND SCHEDULING CONFERENCE ORDER** |

On December 5, 2008, a telephonic status conference was held before Judge Oliver W. Wanger.  The following revised case schedule was adopted.

IT IS HEREBY ORDERED that the Scheduling Conference Order issued on March 7, 2008, be amended as follows:

| | |
|---|---|
| **Discovery Cutoff Date:** | January 5, 2009 |
| **Expert Disclosure Deadline:** | February 5, 2009 |
| **Supplemental Expert Disclosure Deadline:** | March 5, 2009 |
| **Expert Discovery Deadline:** | April 5, 2009 |
| **Non Dispositive Motion Filing Deadline:** | April 20, 2009 |
| **Dispositive Motion Filing Deadline:** | May 5, 2009 |

1

2 **Settlement Conference Date:**   April 28, 2009, 10:00 am, Ctrm. 9
3 **Pre-Trial Conference Date:**   August 31, 2009, 11:00 am, Ctrm. 3
  **Trial Date:**   October 27, 2009, 9:00 am, Ctrm. 3
4

5

6

7

8 **IT IS SO ORDERED:**

9 DATED: 12/9/2008

10                  /s/ OLIVER W. WANGER

11                 OLIVER W. WANGER
                UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28