LAW OFFICE OF NORMAN NEWHOUSE
NORMAN NEWHOUSE, No. 104746
483 Seaport Court, Suite 103
Redwood City, CA 94063
Telephone: 650-365-8534
Facsimile: 650-365-1218

John Garcia, Esq.
Law Office of John Garcia
655 West 19th Street
Merced, CA 95340
Telephone: 209-723-2170
Facsimile: 209-723-3751

Attorney for Plaintiff
JOHN GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GARCIA, Plaintiff,<br><br>v.<br><br>CITY OF MERCED, CITY OF MERCED POLICE DEPARTMENT, BUREAU OF NARCOTICS ENFORCEMENT SPECIAL AGENT SUPERVISOR ALFREDO CARDWOOD, Defendants. | Case No.: 1-07-CV00867 OWW DLB<br><br>**ORDER AFTER HEARING OF PLAINTIFF'S APPLICATION FOR EXTRA TIME TO PROVIDE EXPERT DISCLOSURE AND REPORT.**<br><br>Date:        March 6, 2009<br>Time:       2:00 PM<br>Courtroom: 3 |

After hearing plaintiff's application for relief from untimely designation of expert, the Court grants plaintiff's application to disclose his expert witness, Robert Feliciano, as no prejudice has been shown and the failure is harmless. Plaintiff's expert disclosure, background statement, and report shall be served on all parties no later than: March 13, 2009. Plaintiff is further ordered to produce the Expert for Deposition within a reasonable time, as agreed by the parties.

IT IS SO ORDERED.

Dated: March 6, 2009         /s/ OLIVER W. WANGER
                             HONORABLE OLIVER WANGER
                             US DISTRICT COURT JUDGE

**ORDER AFTER HEARING OF PLAINTIFF'S APPLICATION FOR EXTRA TIME TO PROVIDE EXPERT DISCLOSURE AND REPORT** - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER AFTER HEARING OF PLAINTIFF'S APPLICATION FOR EXTRA TIME TO PROVIDE EXPERT DISCLOSURE AND REPORT** - 2

PDF created with pdfFactory trial version www.pdffactory.com