```
 1  DALE L. ALLEN, JR., # 145279
    DIRK D. LARSEN, # 246028
 2  LOW, BALL & LYNCH
    505 Montgomery Street, 7th Floor
 3  San Francisco, California  94111-2584
    Telephone (415) 981-6630
 4  Facsimile (415) 982-1634
    E-mail: Dallen@lowball.com; Dlarsen@lowball.com
 5
    Attorneys for Defendants
 6  CITY OF MERCED and
    CITY OF MERCED POLICE DEPARTMENT
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| JOHN GARCIA, | Case No. 1:07-CV867 OWW |
|          Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |
| v. | |
| CITY OF MERCED, CITY OF MERCED POLICE DEPARTMENT, BUREAU OF NARCOTICS ENFORCEMENT SPECIAL AGENT SUPERVISOR ALFREDO CARDWOOD, COUNTY OF MERCED, MERCED COUNTY SHERIFF'S DEPARTMENT, MERCED COUNTY DEPUTY SHERIFF JOHN TAYLOR, MERCED COUNTY DISTRICT ATTORNEY'S OFFICE, DISTRICT ATTORNEY GORDON SPENCER DOES 6 through 50, | |
|          Defendants. | |

JOHN GARCIA ("Plaintiff"), CITY OF MERCED and CITY OF MERCED POLICE DEPARTMENT ("Defendants") by and through their respective counsel, hereby stipulate as follows:

1. That the CITY OF MERCED and the CITY OF MERCED POLICE DEPARTMENT in the above-captioned action be dismissed with prejudice, each party to bear their own costs and attorney's fees;

2. That defendants CITY OF MERCED, and CITY OF MERCED POLICE DEPARTMENT waive any and all costs incurred in this action, said waiver not to be construed as an

admission that plaintiff JOHN GARCIA is the prevailing party entitled to recover any costs or attorney's fees, including but not limited to any such costs or fees pursuant to 42 U.S.C. § 1988.

Accordingly, the parties jointly request that the Court dismiss this action with prejudice.

Dated: June _____, 2009.        LOW, BALL & LYNCH


By_____
DALE L. ALLEN, JR.
DIRK D. LARSEN
Attorneys for Defendants
CITY OF MERCED and CITY OF MERCED
POLICE DEPARTMENT


Dated: June _____, 2009         LAW OFFICE OF NORMAN NEWHOUSE


By _____
NORMAN C. NEWHOUSE
Attorney for Plaintiff JOHN GARCIA


**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The City of Merced and the City of Merced Police Department are dismissed with prejudice with each party to bear their own attorney fees and costs from the matter captioned above, Case No. 1:07-CV867 OWW.

IT IS SO ORDERED.

Dated: June 17, 2009            /s/ Oliver W. Wanger
                                UNITED STATES DISTRICT JUDGE