James N. Fincher S.B.N.  196837
Merced County Counsel
Roger S. Matzkind, S.B.N.  77331
Chief Civil Litigator
2222 M Street
Merced, CA  95340
Tel:     (209) 385-7564
Fax:    (209) 726-1337

Attorney for County of Merced,
Merced County Sheriff's Department,
Merced County Deputy Sheriff John Taylor,
Merced County District Attorney's Office,
and Merced County District Attorney Gordon Spencer

United States District Court

Eastern District of California

| | |
|---|---|
| John Garcia,<br><br>    Plaintiff,<br><br>vs.<br><br>City of Merced, et al.,<br><br>    Defendants. | Case No.: 1:07-cv-00867 OWW DLB<br><br>Order on Motion for Summary Judgment, or in the Alternative, Summary Adjudication by County of Merced, Merced County Sheriff's Department, Merced County Deputy Sheriff John Taylor, Merced County District Attorney's Office, and Merced County District Attorney Gordon Spencer |

The motion for summary judgment or, in the alternative, summary adjudication filed by Defendants County of Merced, Merced County Sheriff's Department, Merced County Deputy Sheriff John Taylor, Merced County District Attorney's Office, and Merced County District Attorney Gordon Spencer came on for hearing before this Court on July 27, 2009.  Norman Newhouse appeared as attorney for the plaintiff.  Roger S. Matzkind, Chief Civil Litigator of the Office of County Counsel, County of Merced, appeared as attorney for the Defendants County of Merced, Merced County Sheriff's Department, Merced County Deputy Sheriff John Taylor, Merced County District Attorney's Office, and Merced County District Attorney Gordon Spencer.  Christina Cusimano of McCormick Barstow Sheppard Wayte & Carruth LLP appeared as attorney for Defendant Alfredo Cardwood.

PDF created with pdfFactory trial version www.pdffactory.com

1  After considering the moving and opposition papers, arguments of counsel and all
2  other matters presented to the Court, it is hereby ordered as follows:
3     1.  The motion for summary adjudication on the first cause of action for assault
4  and the second cause of action for battery is GRANTED.
5     2.  The motion for summary adjudication on the conspiracy allegations
6  contained in Plaintiff's Fifth Amended Complaint is GRANTED.
7     3.  The motion for summary adjudication on Plaintiff's allegations that Deputy
8  Taylor violated his Fourth Amendment rights by conducting a reverse sting operation on
9  February 6, 2006 is GRANTED
10    4.  The motion for summary adjudication on the Fourth Amendment claim for
11 judicial deception (*Franks* claim) is DENIED.
12    5.  The motion for summary adjudication on the Fourth Amendment claim for
13 unreasonable arrest and detention under the Fourth Amendment Claim is DENIED.
14    6.  The motion for Summary adjudication on Plaintiff's claim against District
15 Attorney Gordon Spencer is GRANTED.
16    7.  The motion for summary adjudication on Plaintiff's *Monell* claim against
17 the County of Merced is GRANTED.
18    8.  The motion for summary adjudication on the related state law claim for
19 false arrest/imprisonment is DENIED.
20    The Court's Memorandum Decision, Document 90, is incorporated herein by
21 reference.
22
23 Dated: September 29, 2009                          /s/ OLIVER W. WANGER
                                                     UNITED STATES DISTRICT JUDGE
24
25
26
27
28  *[Approval as to form on next page]*

Approved as to form.

Date:                                              Law Offices of Norman Newhouse



By: /s/ Norman Newhouse
Norman Newhouse
Attorney for Plaintiff, John Garcia


Date:                                              McCormick, Barstow, Sheppard,
                                                   Wayte & Carruth LLP



By: /s/ Michael G. Woods
Michael G. Woods,
Attorney for Defendant Alfredo Cardwood