Michael G. Woods, # 058683-0
Christina M. Cusimano, # 258627
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Defendant ALFREDO CARDWOOD,
Special Agent, California Department of Justice, Bureau
of Narcotic Enforcement

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOHN GARCIA,<br><br>                Plaintiff,<br><br>v.<br><br>CITY OF MERCED, et al.,<br><br>                Defendants | Case No. 1:07-CV-00867-OWW-DLB<br><br>**ORDER ON MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION BY ALFREDO CARDWOOD** |

The Motion for Summary Judgment, or in the Alternative, Summary Adjudication, filed by Defendant Alfredo Cardwood came on for hearing before this Court on July 27, 2009. Norman Newhouse appeared on behalf of Plaintiff. Christina Cusimano of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP, appeared on behalf of Defendant Alfredo Cardwood. Roger S. Matzkind, Chief Civil Litigator of the Office of County Counsel, County of Merced, appeared on behalf of Defendants County of Merced, Merced County Sheriff's Department, Merced County Deputy Sheriff John Taylor, Merced County District Attorney's Office, and Merced County District Attorney Gordon Spencer.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

ORDER ON MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION BY ALFREDO CARDWOOD

After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, for the reasons set forth in the Court's Memorandum Decision, Document 89, incorporated herein by reference, it is hereby ordered as follows:

1. The motion for summary adjudication on the first cause of action for assault and the second cause of action for battery is GRANTED. Plaintiff concedes in his opposition that he has developed no evidence to support his first and second causes of action for assault and battery.

2. The motion for summary adjudication on the conspiracy allegations contained in Plaintiff's Fifth Amended Complaint is GRANTED. In his opposition, Plaintiff abandons any allegations of a conspiracy against Agent Cardwood.

3. The motion for summary adjudication on Plaintiff's allegations that Agent Cardwood violated his Fourth Amended rights by conducting a reverse sting operation on February 6, 2006 is GRANTED.

4. The motion for summary adjudication on the Fourth Amendment claim for judicial deception (*Franks* claim) is DENIED.

5. The motion for summary adjudication of the Fourth Amendment claim for unreasonable arrest and detention under the Fourth Amendment claim is DENIED.

6. The motion for summary adjudication on the related state law claim for false arrest/imprisonment is DENIED.

Dated: 9/30/2009

                         By: /s/ OLIVER W.WANGER
                               UNITED STATES DISTRICT JUDGE

*[Approved as to form on next page]*

1  Approved as to form.

2  Date: September 29, 2009                    Law Offices of Norman Newhouse

3

4                                               By:___/s/ Norman Newhouse____
                                                    Norman Newhouse
5                                                   Attorney for Plaintiff, John Garcia

6

7  Date: September 29, 2009                    Office of County Counsel, County of Merced

8
                                                By:___/s/ Roger Matzkind_____
9                                               Attorney for Defendants County of
                                                Merced, Merced County Sheriff's
10                                              Department, Merced County Deputy
                                                Sheriff John Taylor, Merced County
11                                              District Attorney's Office, and
                                                Merced County District Attorney
12                                              Gordon Spencer
   18115/00000-1455986.v1
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2
ORDER ON MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY
ADJUDICATION BY ALFREDO CARDWOOD