James N. Fincher S.B.N. 196837
Merced County Counsel
Roger S. Matzkind, S.B.N. 77331
Chief Civil Litigator
2222 M Street
Merced, CA 95340
Tel: (209) 385-7564
Fax: (209) 726-1337

Attorney for County of Merced,
Merced County Sheriff's Department,
Merced County Deputy Sheriff John Taylor,
Merced County District Attorney's Office,
and Merced County District Attorney Gordon Spencer

United States District Court

Eastern District of California

| | |
|---|---|
| John Garcia, | Case No.: 1:07-cv-00867 OWW DLB |
| Plaintiff, | Judgment |
| vs. | |
| City of Merced, et al., | |
| Defendants. | |

The defendants' motions for summary judgment or in the alternative, summary adjudication, came on for hearing before the Court on July 27, 2009, the Honorable Oliver W. Wanger presiding. The Court granted the motions in part and denied them in part. Defendants appealed those portions of the motions not granted.

On May 5, 2011, the United States Court of Appeals, Ninth Circuit, issued its opinion reversing the denials of the motions and remanded with instructions to enter judgment on behalf of the Defendants.

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that judgment be entered in favor of defendants County of Merced, Merced County Sheriff's

Department, Merced County District Attorneys Office, John Taylor, Gordon Spencer and Alfredo Cardwood, and each of them, and that each defendant shall recover his/its costs.

Approved as to form.

Date: June 20, 2011

By: ___/s/ John A. Garcia_____
John A. Garcia, Esq., Plaintiff, In pro per

Date:   June 16, 2011                                McCormick, Barstow, Sheppard,
                                                    Wayte & Carruth LLP


By: ___/s/ Michael G. Woods_____
Michael G. Woods,
Attorney for Defendant Alfredo Cardwood

IT IS SO ORDERED.

   Dated:   **June 21, 2011**                              **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE